■ PATRICIA A. TURNER, Respondent, v SHERMAN L. TURNER, Appellant. (Appeal No. 2.) [759 NYS2d 422] —Appeal from an order of Supreme Court, Erie County (Makowski, J.), entered December 19, 2001, which denied defendant's motion to renew or reopen.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Turner v Turner* (305 AD2d 1087 [2003]). Present—Pigott, Jr., P.J., Pine, Hurlbutt, Lawton and Hayes, JJ.